United States Courts
Southern District of Texas
FILED

*10/14/2025*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**BOBIN THOMAS GEORGE, Plaintiff,**

v.

**CITY OF CIBOLO, TEXAS; CIBOLO POLICE DEPARTMENT; GUADALUPE COUNTY; GUADALUPE COUNTY DISTRICT ATTORNEY; SOYARS & MORGAN LAW FIRM; JODI SOYARS HAYES; CARLA OZUNA; JARED HALL; ASHLEY E. MORGAN; NICHOLAS RUSSO Defendants.**

**COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, CONSPIRACY, AND DAMAGES**

**I. INTRODUCTION:**

Plaintiff Bobin Thomas George, residing in the Southern District of Texas for more than 180 days, brings this action under 42 U.S.C. §1983 and 18 U.S.C. §371 for violations of his Second and Fourteenth Amendment rights.

**II. PARTIES:**

- **Plaintiff:** Bobin Thomas George.

- **Defendants:** Listed above, including public entities and individuals involved in the violations.

**III. JURISDICTION AND VENUE:**

Jurisdiction is proper under 28 U.S.C. §§1331, 1343. Venue is proper under 28 U.S.C. §1391(b) as the violations occurred in Texas, and Plaintiff has resided in this district more than any other in the past 180 days.

**IV. FACTUAL ALLEGATIONS:**

1. Officer Nicholas Russo, a former co-worker of Bobbie Dirr, switched off his body camera and unlawfully arrested Plaintiff during a civil standby request. Internal Affairs found Russo in violation of departmental policy. ( Exhibit A )

2. Plaintiff's divorce proceedings continued without him while he was jailed for seven days based on fabricated felony charges, which were elevated using Russo's arrest. The clerk for Judge Heather Wright Loerna Dean infirmed the divorce was finalized today ( Exhibit B ).

3. Soyars & Morgan Law Firm and attorneys Jodi Soyars Hayes, Carla Ozuna, Jared Hall, and Ashley E. Morgan conspired to submit false evidence, engaged in blackmail attempts, and collaborated with individuals who sought to strip Plaintiff of his Second Amendment rights.—

4. Plaintiff's former attorney Regina Tibbs, referred by employee Jai Pellerin, advised there was no protective order. Tibbs also disclosed a close relationship with Judge Heather Wright, creating a conflict of interest.

5. WeFameUs Media Corp, through Ceasar Dow, Mathew Dow, and Jermine Ikner, provided blackmail material to the law firm, resulting in supervised visitation with Plaintiff's son. ( Exhibit C)

6. Plaintiff reports a conspiracy involving employees from Randolph Air Force Base and Cibolo PD, as supported by Internal Affairs findings.

7. The removal of Plaintiff's child, financial loss exceeding $1.5 million, and defamatory allegations have severely harmed Plaintiff's health and livelihood.

## V. CLAIMS FOR RELIEF:

- **Count I:** Violation of Civil Rights (42 U.S.C. §1983)

- **Count II:** Conspiracy (18 U.S.C. §371)

- **Count III:** Racketeering (18 U.S.C. §1962)

- **Count IV:** Deprivation of Rights under Color of Law (42 U.S.C. §1983)

## VI. PRAYER FOR RELIEF:

- Compensatory damages of $50 million.

- Punitive damages.

- Declaratory and injunctive relief.

- Attorney's fees under 42 U.S.C. §1988.

- Restoration of Plaintiff's parental rights and sanctions on all parties violating his rights.

Exhibit "B"

2/18/25, 2:19 PM                                    Mail - Bobin George - Outlook

 Outlook

---

**[Draft] 24-1568 Motion to change venue.**

---

| From | Lorna Dean <lornad@guadalupetx.gov> |
|------|--------------------------------------|
| Draft saved | Tue 2/18/2025 2:19 PM |
| To | Bobin George <gthbarcode3@msn.com>; Carla Ozuna <carla@soyarsmorganlaw.com> |

The divorce has been finalized. The Judge will consider your motion via submission but you MUST notify the other side and they will be given time to respond.

Thank you,

**Lorna Dean
Court Administrator for
Judge Heather H. Wright
456th Judicial District
211 W. Court
Seguin, TX 78155-5779
(830) 303-8852, ext. 4
lornad@guadalupetx.gov
The 2025 calendar is posted on the Court's webpage – link below
https://www.guadalupetx.gov/page/distcourt.456th**

CONFIDENTIALITY NOTICE:  the documents accompanying this email transmission contain confidential information.  The information is intended only for the use of the recipient named above.  If you receive this email in error, please notify us immediately by email and forward the documents back to us.  You are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this email information is strictly prohibited.

**From:** Bobin George <gthbarcode3@msn.com>
**Sent:** Monday, February 17, 2025 9:24 AM
**To:** Lorna Dean <lornad@guadalupetx.gov>; Carla Ozuna <carla@soyarsmorganlaw.com>
**Subject:** **EXTERNAL** Motion to change venue.

> **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Is the court closed today.  I've had enough.

Treat me equally under the LAW.  Or do I need to bleach my skin like Carla
Get Outlook for iOS

Exhibit "C"



6:47    4 People

Let's go

Jerime Ikner

Well, I guess I'll be speaking to your wife's attorney. I tried to be cordial with you, brother. I guess you really think I'm a game.

I guess I'll be seeing you in divorce court on the other side smh

I think you should ask your peoples from Spring Valley. I'm the worst one. I'm not a street dude I'm just like you but not on drugs

Just do me a favor if you think I'm playing call your wife I already spoke to her

She no everything like I said, I will see you in court and keep writing keep texting because you're only putting a noose around your neck. You're hanging yourself, buddy. You only making me want to talk to her lawyer more.

My brother won't send the pictures over but I got them and her Attorney will be getting them

iMessage



Exhibit "A"

# CIBOLO POLICE DEPARTMENT
## Internal Affairs



**COMPLAINANT'S NOTIFICATION OF**
**INVESTIGATION RESULTS**

Date:   February 18th, 2025

Delivery Method:
☐ Regular Mail            OR            ☒ E-mail address:
   Address:  b123.bg@gmail.com

To:    Mr. Bobin George

This is official notification that a thorough investigation was conducted by the Cibolo Police Department Internal Affairs based upon an allegation of misconduct against, an employee of the Cibolo Police Department.

This investigation revealed sufficient proof to support a finding that this employee committed a violation of Law or our Policies. We are taking appropriate disciplinary action with the goal to prevent future misconduct on the part of this employee.

We are committed to Professionalism and regret the actions of this employee that were not consistent with our high standards of conduct. We hope that any future contact with our Department and its employees will have a much more positive outcome.

I would be happy to discuss the results of this Investigation with you. If you wish, you may contact me at the address or telephone number listed below.

Sincerely,

Sergeant Richard Kershaw
Administrative Sergeant

E-mail address:        rkershaw@cibolotx.gov
Or
Telephone #:           (210)659-1999

Revised May 2007